AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

v.

ELIAS RAFAEL TERRAZAS ESQUER

Case No. 2:18-cr-00223-APG-DJA

**ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)**

[ECF No. 106]

Upon motion of the defendant for a reduction in his sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

I ORDER that the motion **(ECF No. 106) is denied**. The defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A). He admits he has not submitted a request to the warden of his facility. And he does not offer sufficient reasons to justify compassionate release.

Dated: 12/27/24

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE