# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:18-cr-0223-APG-DJA |
| Plaintiff, | **ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |
| v. | [ECF No. 111] |
| Elias Terrazas-Esquer, | |
| Defendant. | |

Elias Terrazas-Esquer moves for a reduction of his sentence based on Amendment 821 to the United States Sentencing Guidelines. ECF No. 111.  Mr. Terrazas-Esquer does not qualify for such relief because he did not receive any "status" criminal history points at sentencing and he was not a zero-point offender.  Thus, Amendment 821 does not apply to him.

I THEREFORE DENY Mr. Terrazas-Esquer's motion (ECF No. 111).

Dated:  October 14, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE